IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

3:20-cv-173

Thomas m. Rose

Sharon L. Ovington

_Jutarre Washington_
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:    PRISONER # _____

vs.

_Miami County et al_
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

_Sergeant Perry_
_Mr. and/or Mrs. Doe_

**COMPLAINT**

I.  PARTIES TO THE ACTION:

   PLAINTIFF:    PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

   _Jutarre Washington_
   NAME - FULL NAME PLEASE - PRINT

   _C/o Miami County jail_
   ADDRESS: STREET, CITY, STATE AND ZIP CODE

   _201 West Main St. Troy, Ohio 45373_

   TELEPHONE NUMBER

   IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

   PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS: N/A

            DEFENDANTS: N/A

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

            N/A

        3.    DOCKET NUMBER

            N/A

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

            N/A

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

            N/A

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

            N/A

        7.    APPROXIMATE DATE OF THE DISPOSITION

            N/A

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO ( )

C. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

F. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?
      Filed Incident report

   2. WHAT WAS THE RESULT?
      Nothing

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Miami County
   NAMES - FULL NAME PLEASE
   201 W. Main St. Troy, Ohio 45373
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Sergeant Parry
   C/o Miami County, 201 W. Main St Troy OH 45373

3.

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

1. I have been in Miami City jail since June 6, 2019. (I was transferred to Montgomery City jail in late 2019 but returned in a few weeks). I take medications for ___ and the jail is aware of the same. The jail had been providing my meds. On August 19, 2019, I was administered the wrong medication. I requested medical assistance as my heart started racing and I had trouble breathing as a result of the wrong medication. Deputies came to assist me, I did not resist or threaten anyone. Without provocation, Sgt Perry assaulted me. He punched me in the head, choked me and slammed my face into the wall. Lt Perry and the jail did nothing to stop him. He also received no discipline. I suffered injuries to my face and neck. I have still have pain and headaches from the assault. There were other Deputies who witnessed the conduct but nothing was done. Miami County did not investigate the matter. The force used by Perry was excessive and [illegible crossed out] and was unjustified. The County and other officers showed indifference to the above actions and failed to properly train and supervise its Deputies.

2. The living conditions in the jail are deplorable. Plus cruel and inhumane, nasty and no exercise. My injuries were severe enough that I needed medical attention and I was transported to the hospital.

3. Miami County has also violated my constitutional rights. I have been in jail for more than 9 months for something I did not do.

-5-

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

As a result of the actions and conduct and/or lack of action in discipline, investigation and supervision, I suffered injuries to my head and neck. I have suffered emotional distress as a result of these incidents and pain and suffering.

My injuries and damages were the result of being negligently given the wrong medication, being assaulted by Defendant Persy, and nothing being done by the County or other Deputies to help or remedy the situation.

SIGNED THIS  29  DAY OF  April  20 20 .

_____
SIGNATURE OF PLAINTIFF

-6-