# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JETARRE WASHINGTON, | : | Case No. 3:20-cv-173 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| MIAMI COUNTY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendants filed a Partial Motion to Dismiss on July 10, 2020. (Doc. #8). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **August 3, 2020**. If you fail to file a response timely, Defendants' Motion to Dismiss may be granted and your case dismissed.

July 13, 2020                                               *s/Sharon L. Ovingon*
                                                            Sharon L. Ovington
                                                            United States Magistrate Judge