# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JETARRE WASHINGTON, | : | Case No. 3:20-cv-00173 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| MIAMI COUNTY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTIONS FOR SUMMARY JUDGMENT

Two motions for summary judgment were recently filed in this case. Defendants Miami County Board of Commissioners, Perry Gullette, Dave Duchak, Michael Marion, Nathan Collette, Kyle Longman, Ryan Carson, Jason Goff, and Kenneth Welbaum filed a Motion for Summary Judgment (Doc. 78) on June 10, 2022. Defendants Montgomery County Board of Commissioners, Rob Streck, Jeremy Roy, Greg Hoskins, and David Williams also filed a Motion for Summary Judgment (Doc. 81) on June 10, 2022. Plaintiff should have already received, or soon will be receiving, copies of these motions from Defendants by mail.

Due to apparent delays with the prison's mailing system, the Court modifies the default briefing schedule for those motions as set forth in S.D. Ohio Civ. R. 7.2(a)(2) such that Plaintiff's response must be filed with the Court on or before July 29, 2022. The

moving Defendants' reply briefs in support of their motions must be filed on or before August 12, 2022.

Plaintiff is advised that if he fails to file timely responses, Defendants' Motions for Summary Judgment may be granted, and his case dismissed.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge